September 24, 2018
Statement of Attorneys Fees
FLA004    - 79233
CO: GMS Excavators Inc

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/4/2018 | JJB | Review supplemental answers to our discovery; Draft correspondence to Atty. J. Lessner; Office conference with YH | 0.80 hrs |
| 4/5/2018 | YH | Prepare declarations on computation of withdrawal liability. | 4.00 hrs |
| 4/6/2018 | YH | Prepare declarations on computation of withdrawal liability; research summary judgment brief. | 4.20 hrs |
| 4/9/2018 | JJB | Review correspondence between YH and D. Ciner; Office conferences with YH; Draft correspondence to Atty. J. Lessner re: supplemental discovery responses | ~~1.00 hrs~~ |
| 4/9/2018 | YH | Research and draft summary judgment brief. | 4.80 hrs |
| 4/10/2018 | JJB | Review draft of summary judgment brief and affidavits | 1.00 hrs |
| 4/10/2018 | YH | Review GMS supplemental discovery responses. | 0.20 hrs |
| 4/11/2018 | JJB | Office conference with YH; Review correspondence from Atty. D. Lessner with additional discovery | ~~0.50 hrs~~ |
| 4/12/2018 | JJB | Review, revise and edit summary judgment brief; review case law | 1.70 hrs |
| 4/13/2018 | JJB | Office conference with YH re: brief; Draft correspondence to T. Suber re: additional discovery; review Suber response | ~~1.00 hrs~~ |
| 4/16/2018 | JJB | Legal research on issue of arbitration | ~~1.50 hrs~~ |
| 4/17/2018 | YH | Draft proposed findings of fact. | 0.80 hrs |
| 4/19/2018 | JJB | Office conference with YH; review Ciner affidavit; Review correspondence from Court | ~~0.75 hrs~~ |
| 4/19/2018 | YH | Prepare proposed findings of fact; edit summary judgment materials. | 1.90 hrs |
| 4/20/2018 | JJB | Review final summary judgment brief; Review correspondence from T. Suber | 1.20 hrs |
| 4/30/2018 | JJB | Review correspondence from T. Suber; review additional document production; Office conferences with CJA, CMW; Draft correspondence to Atty. J. Lessner | ~~0.80 hrs~~ |
| 5/10/2018 | JJB | Review correspondence from Court confirming filings | ~~0.20 hrs~~ |

20.6

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/11/2018 | YH | Review GMS opposition brief; research law on continued employer status v. mere employer status. | 4.40 hrs |
| 5/15/2018 | YH | Research and draft reply brief. | 5.30 hrs |
| 5/16/2018 | YH | Research and draft reply brief supporting summary judgment. | 1.60 hrs |
| 5/17/2018 | YH | Review and edit reply brief; draft Schmidt declaration; draft replies and responses on proposed findings of fact. | 5.10 hrs |
| 5/17/2018 | JJB | Review and edit summary judgment reply brief and Rule 11 motion | 1.00 hrs |
| 5/18/2018 | YH | Draft responses to proposed findings of fact. | 0.20 hrs |
| 5/18/2018 | JJB | Review Schmitt declaration; Telephone conferences with J. Schmitt; Office conferences with YH; further editing of brief and declaration | 1.50 hrs |
| 5/21/2018 | YH | Edit and file reply materials supporting summary judgment. | 1.50 hrs |
| 5/21/2018 | JJB | Review all filings including Declarations; review Rule 10 brief and notice to defendant | ~~1.70 hrs~~ |
| 5/21/2018 | YH | Edit and file reply brief and Rule 11 motion. | 2.00 hrs |
| 6/13/2018 | YH | Review, discuss with Schmidt Schumaker email. | ~~0.30 hrs~~ |
| 6/14/2018 | CJA | Review correspondence from J. Schmitt enclosing e-mail from M. Shumaker (GMS); Telephone conference with J. Schmitt and YH regarding same; Office conference with Attorney J. Brennan | ~~0.50 hrs~~ |
| 6/21/2018 | JJB | Office conference with CJA; Review correspondence from M. Shumaker to J. Schmitt; Telephone conference with J. Schmitt | ~~0.50 hrs~~ |
| 6/21/2018 | CJA | Review correspondence from J. Schmitt enclosing Correspondence from M. Shumaker (GMS); Telephone conference with J. Schmitt regarding same; Office conference with Attorney J. Brennan | ~~0.70 hrs~~ |
| 6/27/2018 | JJB | Review correspondence from Court re: defendant's response | ~~0.30 hrs~~ |
| 6/28/2018 | CJA | Office conference with YH | ~~0.20 hrs~~ |
| 6/29/2018 | JJB | Review Defendant's brief in opposition to Rule 11 Sanctions | ~~0.80 hrs~~ |
| 6/29/2018 | YH | Research and draft reply brief for sanctions. | 2.50 hrs |
| 7/2/2018 | YH | Research and draft reply brief on motion for sanctions. | 2.50 hrs |
| 7/5/2018 | YH | Draft and file reply brief in support of motion for sanctions. | 1.50 hrs |
| 7/6/2018 | JJB | Review reply brief of plaintiffs on Rule 11 Motion; Office conference with YH | ~~1.50 hrs~~ |

29.1/17.5

| Date | Atty | Description | Hours |
|---|---|---|---|
| 8/28/2018 | JJB | Review Scheduling Order and attachments; Office conference with CJA | ~~1.00 hrs~~ |
| 8/29/2018 | PET | Began reviewing pretrial order. Office conference with JJB. Began drafting Rule 26(a)(3) disclosures. | ~~1.10 hrs~~ |
| 8/29/2018 | JJB | Office conferences with CJA, PET; review federal rules; review local rules on joint pretrial statement and related submissions; compile checklist | ~~1.60 hrs~~ |
| 8/30/2018 | JJB | Analyze necessary exhibits and witnesses for pretrial statement; determine necessary facts; determine issues of law for special verdict form; Office conferences with PET | ~~2.50 hrs~~ |
| 8/30/2018 | PET | Began reviewing file and summary judgment pleadings. Began drafting pretrial submission pleadings. Office conference with Attorney J. Brennan. | 5.10 hrs |
| 8/31/2018 | PET | Continued reviewing pleadings and drafting pretrial submission pleadings. Meetings with Attorney J. Brennan reviewing/discussing pleadings. | ~~6.80 hrs~~ |
| 8/31/2018 | JJB | Office conference with PET; review and discuss PET's drafts of plaintiff's pretrial statement, special verdict form, exhibit and witness lists | ~~2.00 hrs~~ |
| 9/6/2018 | JJB | Review YH Joint Pretrial Report; Review correspondence from atty. J. Lessner; review proposed undisputed facts; Office conferences with YH | ~~2.00 hrs~~ |
| 9/7/2018 | JJB | Review, revise and proof final pretrial submissions to Court | ~~1.30 hrs~~ |

|  |  |
|---|---|
| Total Hours | 85.35 |
| Total Attorney Fees | $15,363.00 |

5-1