UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS PENSION FUND
and JOHN J. SCHMITT (in his capacity as Trustee),

        Plaintiffs,

    v.

GMS EXCAVATORS, INC.,

        Defendant.

Case No. 17-cv-403

---

## SATISFACTION OF JUDGMENT

---

Judgment was rendered in favor of the above-named Plaintiffs, Wisconsin Laborers Pension Fund and John J. Schmitt and against the above-named Defendant, GMS Excavators, Inc. in the above-entitled action, on the 2nd day of October, 2018, in the sum of $158,550.40 (Dckt. 42). Plaintiffs Wisconsin Laborers Pension Fund and John J. Schmitt acknowledge payment and receipt of said judgment, costs and interest in full. Plaintiffs Wisconsin Laborers Pension Fund and John J. Schmitt hereby release said judgment and agree that the judgment entered in this matter on the 2nd day of October, 2018 is satisfied.

 

Wisconsin Laborers and Pension Fund
and John J. Schmitt

By: _____